**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7667**

---

RONNIE L. SIMMONS, SR.,

Plaintiff - Appellant,

versus

LARRY D. HUFFMAN; JAMES E. BRIGGS; DAVID K.
SMITH; T. BERT, Institutional Health and
Safety Inspector,

Defendants - Appellees,

and

JOHN DOE, Virginia State Department of Health;
JOHN DOE, Institutional Health and Safety
Inspector,

Defendants.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (CA-94-590-R)

---

Submitted: January 18, 1996     Decided: February 15, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ronnie L. Simmons, Sr., Appellant Pro Se. Mark Ralph Davis, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Simmons v. Huffman, No. CA-94-590-R (W.D. Va. Sept. 28, 1995). We deny Appellant's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED